UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HAROLD WEST, SR.

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF CORRECTIONS, ET AL

CIVIL ACTION

NO. 09-564-BAJ-DLD

**RULING**

The court has carefully considered the motions, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated December 7, 2010 (docs. 28 and 29), and the Supplemental and Amending Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 1, 2011 (doc. 39). No objections were filed to the Supplemental and Amending Report and Recommendation and the Court hereby approves the Supplemental and Amending Report and Recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to dismiss filed on behalf Norman Gremillion is denied, the motion to dismiss filed on behalf of Paul Perkins is granted in part, dismissing the plaintiff's equal protection, due process and denial of medical care claims against him, and in all other respects the motion to dismiss is denied. The Court hereby declines to

exercise supplemental jurisdiction over the plaintiff's state law claims.

Baton Rouge, Louisiana, July 17, 2011.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA