UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HAROLD WEST, SR.                                                CIVIL ACTION

VERSUS

STATE OF LOUISIANA, ET AL.             NO.: 3:09-cv-00564-BAJ-RLB

## RULING AND ORDER

Before the Court is third-party Defendant Lexington Insurance Company's ("Lexington") **MOTION TO DISMISS OR, ALTERNATIVELY, TO STAY CASE, EXTEND PRETRIAL DEADLINES, AND CONTINUE TRIAL (Doc. 105),** requesting "dismissal with prejudice of all claims filed by plaintiff, Harold West, in this lawsuit," or, in the alternative, "dismiss[al of] Sheriff Beauregard Torres, III from the case with prejudice, and . . . an Order staying further proceedings in this matter, extending all pretrial deadlines, and continuing the scheduled trial." (*Id.*). The Motion is opposed. (Doc. 109). Jurisdiction is based on 28 U.S.C. § 1331. There is no need for oral argument.

Lexington advances no new arguments in favor of its motion to dismiss. Instead Lexington joins requests made in two prior dispositive motions, filed by original Defendants in this matter: (1) Louisiana Workforce, LLC's and Norman Germillion's MOTION TO DISMISS FOR PLAINTIFF'S FAILURE

TO APPEAR FOR COURT-ORDERED INDEPENDENT MEDICAL EXAMINATION (Doc. 97); and (2) Sheriff Beauregard Torres's MOTION TO DISMISS OR, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT (Doc. 107). (*See* Doc. 105-1 at pp. 1–2). Lexington also requests "an Order staying further proceedings in this matter, extending all pretrial deadlines, and continuing the scheduled trial," but provides no basis for this request. (*See id.* at p. 2).

This Court has previously denied as moot Louisiana Workforce's and Germillion's request to dismiss for Plaintiff's failure to appear at the court-ordered medical examination. (Doc. 116). Most recently, this Court granted Sheriff Torres's request for summary judgment of all claims against him.

Accordingly,

**IT IS ORDERED** that Lexington's **Motion to Dismiss (Doc. 105)** based on Plaintiff's failure to appear for his court-ordered medical examination is **DENIED** for the reasons explained in Doc. 116, this Court's previous Order denying Louisiana Workforce's and Germillion's Motion to Dismiss on the same grounds.

**IT IS FURTHER ORDERED** that Lexington's alternative request to "dismiss Sheriff Torres from the case with prejudice" is **DENIED AS MOOT**

based on this Court's dismissal of Plaintiff's claims against Sheriff Torres on Sheriff Torres's Motion for Summary Judgment (Doc. 107).

**IT IS FURTHER ORDERED** that Lexington's request for "an Order staying further proceedings in this matter, extending all pretrial deadlines, and continuing the scheduled trial" is **DENIED** for lack of good cause shown. All parties are admonished to adhere to all previously scheduled dates and deadlines.

Baton Rouge, Louisiana, this 13th day of November, 2013.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**