UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**HAROLD WEST, SR.**                                                                CIVIL ACTION

**VERSUS**

**STATE OF LOUISIANA, ET AL.**                          NO.: 3:09-cv-00564-BAJ-RLB

## RULING AND ORDER

Before the Court are two motions filed by third-party Defendant Lexington Insurance Company ("Lexington"). The first is Lexington's **MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT REGARDING INSURANCE COVERAGE AND DEFENSE OBLIGATIONS (Doc. 118)**, requesting "summary judgment or, alternatively, partial summary judgment" on third-party Plaintiff Sheriff Beauregard Torres's **CROSS-CLAIM AND THIRD-PARTY COMPLAINT (Doc. 41)**. (*Id.*). The second is Lexington's **MOTION TO SEVER AND FOR SEPARATE TRIAL OF DEFENDANT/THIRD-PARTY PLAINTIFF SHERIFF BEAUREGARD TORRES, III'S THIRD-PARTY COMPLAINT (Doc. 140)**. Lexington's Motion for Summary Judgment is opposed. (Doc. 119). Lexington's Motion to Sever is not opposed. There is no need for oral argument on either motion.

Most recently, this Court granted Sheriff Torres's request for summary judgment of all claims against him by original Plaintiff Harold West. Having granted summary judgment in Sheriff Torres's favor, the Court then dismissed as

moot Sheriff Torres's CROSS-CLAIM AND THIRD-PARTY COMPLAINT (Doc. 41) against Louisiana Workforce, LLC and Lexington.

Accordingly,

**IT IS ORDERED** that Lexington's **MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT (Doc. 118)** is **DENIED AS MOOT** in light of this Court's dismissal of Sheriff Torres's CROSS-CLAIM AND THIRD-PARTY COMPLAINT (Doc. 41).

**IT IS FURTHER ORDERED** that Lexington's **MOTION TO SEVER AND FOR SEPARATE TRIAL (Doc. 140)** is **DENIED AS MOOT** in light of this Court's dismissal of Sheriff Torres's CROSS-CLAIM AND THIRD-PARTY COMPLAINT (Doc. 41).

Baton Rouge, Louisiana, this 13th day of November, 2013.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**